## SUGGS v. NORRIS

No. 226P88.

Case below: 88 N.C. App. 539.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1988.

## WAGONER v. DOUGLAS BATTERY MFG. CO.

No. 143P88.

Case below: 89 N.C. App. 67.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

### PETITIONS TO REHEAR

## PEOPLES SECURITY LIFE INS. CO. v. HOOKS

No. 437PA87.

Case below: 320 N.C. 794.

Petition for plaintiff to rehear denied 2 June 1988.

## WILLIAMS v. JONES

No. 538A87.

Case below: 322 N.C. 42.

Petition by defendants to rehear denied 2 June 1988.